# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE BAKER,<br><br>   Plaintiff,<br><br>   v.<br><br>DUSTIN HUGHSON, et.al.,<br><br>   Defendants. | Case No.: 1:18-cv-00017-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO DISMISS THE FILING FEE FOR THIS ACTION<br><br>[ECF No. 13] |

Plaintiff filed the instant case on January 3, 2018. On June 22, 2018, the instant civil rights action filed pursuant to 42 U.S.C. § 1983, was dismissed, without prejudice, and judgment was entered. (ECF Nos. 11, 12.) In this case, Plaintiff brought suit against a Deputy District Attorney of Kings County and the Associate Warden at Corcoran State Prison for filing criminal charges against him. The case was dismissed, without prejudice, as barred by the United States Supreme Court's decision in <u>Nettles v. Grounds</u>, 830 F.3d 922, 934 (9th Cir. 2016) (en banc).

Currently before the Court is Plaintiff's motion to dismiss the filing fee for this action. Plaintiff contends that he originally filed a civil rights action in case number 1:16-cv-01873-AWI-SAB PC, <u>Baker v. German, et.al.</u> In that case, Plaintiff brought an excessive force challenge against two correctional officers, and the case was dismissed as untimely on March 20, 2018.

///
///
///

Plaintiff is advised that the filing fee is owed upon initiation of an action. 28 U.S.C. § 1914. The obligation to pay the filing fee is not predicated upon the guarantee of some particular outcome. Plaintiff filed this action, triggering the obligation to pay the filing fee, and Plaintiff is not due a refund because it did not proceed as he may have envisioned. Further, the fact that Plaintiff previously filed a civil rights action which was also dismissed is of no consequence to the filing fee owed for a subsequent action. Accordingly, Plaintiff's motion to dismiss the filing fee for this action is denied.

IT IS SO ORDERED.

Dated: **February 19, 2019**

UNITED STATES MAGISTRATE JUDGE