# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE BAKER,<br><br>             Plaintiff,<br><br>     v.<br><br>DUSTIN HUGHSON, et al.,<br><br>             Defendants. | Case No. 1:18-cv-00017-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION TO DISMISS CIVIL CASE FILING FEE<br><br>(ECF No. 15) |

Plaintiff Dominique Baker filed the instant action on January 3, 2018. On June 22, 2018, the instant action was dismissed, without prejudice, and judgment was entered. (ECF Nos. 11, 12.)

On February 15, 2019, Plaintiff filed a motion to dismiss the filing fee for this action. (ECF No. 13.) On February 19, 2019, the Court denied Plaintiff's motion to dismiss the filing fee for this action. (ECF No. 14.)

On February 25, 2019, Plaintiff filed a second motion to dismiss the civil case filing fee for this action. (ECF No. 15.) In his second motion, Plaintiff contends that the filing fee for this action should be dismissed because he has been indigent for a year, he is in desperate need of hygiene supplies, writing supplies, and food, and he only filed the instant action after his previous civil rights action, case number 1:16-cv-01873-AWI-SAB PC, Baker v. German, et al., was dismissed.

1

However, an obligation to pay the $350.00 filing fee arises whenever a civil action is initiated. 28 U.S.C. §§ 1914(a) & 1915(b)(1). Therefore, since Plaintiff filed the instant civil action, Plaintiff has an obligation to pay the $350.00 filing fee that is not altered by the fact that the instant action has been dismissed, the fact that Plaintiff's prior 2016 civil rights action was dismissed, Plaintiff's indigent status, or Plaintiff's desire to obtain hygiene supplies, writing supplies, and food from the prison canteen. Accordingly, Plaintiff's second motion to dismiss the civil case filing fee for this action, (ECF No. 15), is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **March 6, 2019**

_____
UNITED STATES MAGISTRATE JUDGE